UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| Timothy Jones, *et al.*, on behalf of themselves and others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>Meridian Senior Living, LLC, *et al.*<br><br>Defendants. | CIVIL ACTION NO. <u>3:16-cv-569</u> |

CONSENT TO BECOME PARTY TO
COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

*Stephanie Mincy*
Signature

STEPHANIE MINCY
Printed Name